JANUARY 16, 1952

No. 56274.—SUIT 4656.—Davies Turner & Company v. United States.—■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■—Abstract 54384 reversed November 7, 1951. C. A. D. 466.

JANUARY 17, 1952

No. 56275.—SUIT 4648.—Heller, Deltah Co., Inc., et al. v. United States.— ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■—Reap. Dec. 7819 affirmed November 7, 1951. C. A. D. 471.

BEFORE THE FIRST DIVISION, JANUARY 21, 1952

No. 56276.—Glensder Textile Corp. v. United States, petition 6811–R (New York).

Opinion by MOLLISON, J. From the testimony it appeared that as the result of a difference of opinion, the importer elected to advance the entered value of part of the two importations involved, in accordance with the figures suggested by the appraiser, but decided to make a test case as to the remainder of the items involved. Appeals for reappraisement were filed, but it was later found that the manufacturer in Italy would not supply the information needed to prosecute the appeals, and they were subsequently abandoned. Upon the entire record it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JANUARY 22, 1952

No. 56277.—Max Schuster v. United States, protest 176749–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 56278.—Fish-Schurman Corp. v. United States, protest 168827–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.